# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE MARY TORRES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 5:18-cv-00019-AG-KS<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,700 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: April 29, 2019

_____
THE HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-